Thank you, Your Honors. Good morning. I'm going to please report to Deputy Attorney General Jesse J. Crespin for respondent appellee of the people of State of California. Your Honors, I'm prepared to argue or certainly answer any questions that the panel may have, but given the fact that my opponent is indisposed, I think it might be unfair. So I'm prepared to submit a briefs or at the Court's pleasure reschedule our argument. I think we understand the case. Obviously, we approach the case through the EDPA lens and we understand that. I will say that this record is a lot stronger than most concerning the potential Batson-Wheeler violation. You have a district trial judge ruminating on the record. You have a lot of strikes of Hispanics and blacks. It's a pretty strong Batson record, but I understand the EDPA lens as well. Yes, Your Honor, and I think the trial court recognized that by saying it was closed, and we agree. But again, I'm prepared to submit a briefing. I think it was a very well-briefed on both sides. Okay. Any questions? Thank you. Thank you, Mr. Crespin. And thank you for your courtesy to ProCounsel. We're coming out here today. I'm sorry you didn't have advance notice. No worries. Thank you.
judges: Fogel, Thomas, Silverman